

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2019

No. 04-18-00826-CV

**IN THE INTEREST OF K.N.J., ET AL., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01058
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to February 19, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court